PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
STEPHANIE M. STOKMAN
ALEXANDRE DEMPSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS ASAY,<br><br>Defendants. | CASE NO. 1:22-CR-00162-DAD-BAM<br><br>STIPULATION SETTING ARRAIGNMENT DATE; ORDER<br><br>DATE: July 7, 2022<br>TIME: 2:00 PM<br>COURT: TBD |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendants' counsel of record, hereby stipulate as follows:

1. A Grand Jury indicted Mr. Asay in a four-count indictment alleging violations of 26 USC § 7206(1) and 42 USC § 408(a)(4) on June 9, 2022.

2. Both parties request that this Court order the arraignment in this case be placed on calendar in front of the Duty Judge on July 7, 2022, at 2:00 P.M.

IT IS SO STIPULATED.

Dated: June 29, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated: June 29, 2022

/s/ ANTHONY CAPOZZI
ANTHONY CAPOZZI
Counsel for MARCUS ASAY

**ORDER**

IT IS SO ORDERED.

DATED: 6/29/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE