1  PHILLIP A. TALBERT
   United States Attorney
2  MICHAEL G. TIERNEY
   ALEXANDRE M. DEMPSEY
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:22-CR-162-DAD-BAM
12 |                    Plaintiff,    |
   |                                  | STIPULATION AND ORDER TO CONTINUE
13 |              v.                  | STATUS CONFERENCE
14 | MARCUS ASAY,                     |
15 |                    Defendant.    |

16

17                            **BACKGROUND**

18     This matter is currently scheduled for a status conference on **January 25, 2023.** Doc. 8. On

19 January 10, 2023, the Court directed the parties to file a joint status report; or in the alternative, to file a

20 stipulation to continue the status conference. *Id.* The parties have agreed that further time is necessary

21 for defense investigation, review of discovery, trial preparation, and potential plea negotiations. The

22 parties have therefore agreed to stipulate to a continuance of the status conference.

23

24                         **STIPULATION AND ORDER**

25
26     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

27 attorneys, that the status conference currently set for January 25, 2023 be continued to April 26, 2023. Time

28 shall be excluded from January 25, 2023 to April 26, 2023 under the Speedy Trial Act for defense

                                            1

preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: January 18, 2023          By:     /s/ Michael G. Tierney_____
                                         Michael G. Tierney
                                         Assistant United States Attorney

DATED: January 18, 2023          By:     /s/ Anthony P. Capozzi_____
                                         Anthony P. Capozzi
                                         Attorney for Marcus Asay

## O R D E R

The status conference currently set for January 25, 2023, is hereby continued to **April 26, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time shall be excluded from January 25, 2023, to April 26, 2023, under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   **January 18, 2023**               /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

2