1 | PHILLIP A. TALBERT
United States Attorney
2 | MICHAEL G. TIERNEY
ALEXANDRE M. DEMPSEY
3 | Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4 | Fresno, CA 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6
Attorneys for Plaintiff
7 | United States of America

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                      CASE NO. 1:22-CR-162-ADA-BAM

12 | Plaintiff,

                                                 STIPULATION AND ORDER TO CONTINUE
13 | v.                                              STATUS CONFERENCE

14 | MARCUS ASAY,

15 | Defendant.

16

17 | **BACKGROUND**

18 | This matter is currently scheduled for a status conference on **April 26, 2023.** Doc. 12. On April

19 | 11, 2023, the Court directed the parties to file a joint status report; or in the alternative, to file a

20 | stipulation to continue the status conference. *Id.* The parties have agreed that further time is necessary

21 | for defense investigation, review of discovery, trial preparation, and potential plea negotiations. The

22 | parties have therefore agreed to stipulate to a continuance of the status conference.

23

24 | **STIPULATION AND [PROPOSED] ORDER**

25 | **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

26 | attorneys, that the status conference currently set for April 26, 2023 be continued to November 8, 2023.

27 | Time shall be excluded from April 26, 2023 to November 8, 2023 under the Speedy Trial Act for defense

28

1

preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

                                                                 Respectfully submitted,

                                                                 PHILLIP A. TALBERT
                                                                 United States Attorney

DATED: April 14, 2023                                  By:      /s/ Michael G. Tierney
                                                                       Michael G. Tierney
                                                                       Assistant United States Attorney

DATED: April 14, 2023                                  By:      /s/ Anthony P. Capozzi
                                                                       Anthony P. Capozzi
                                                                       Attorney for Marcus Asay

## O R D E R

     The status conference currently set for April 26, 2023, is hereby continued to **November 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time shall be excluded from April 26, 2023, to November 8, 2023, under the Speedy Trial Act for defense preparation and continuity of counsel.  The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

    Dated:  **April 14, 2023**                        /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE