ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
MARCUS ASAY,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:22-CR-00162-NODJ-BAM |
| Plaintiff, ) | |
| v. ) | **STIPULATON AND ORDER TO CONTINUE STATUS CONFERENCE** |
| MARCUS ASAY, ) | |
| Defendant. ) | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

The defendant, Marcus Asay, by and through his counsel, Anthony P. Capozzi, and the Plaintiff, United States of America through the Assistant United States Attorney, Michael G. Tierney, hereby stipulate that the status conference set for August 14, 2024, be continued to September 11, 2024, at 1:00 p.m., since the defense counsel. Anthony P. Capozzi is currently involved in a jury trial in People v. Jagtar Singh, in the Fresno Superior Court, in Case No. F2303919.

The parties further stipulate that time be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

Dated: Augusts 5, 2024,    BY:    /s/ Anthony P. Capozzi
    ANTHONY P. CAPOZZI, Attorney for
    Marcus Asay and Agricultural Contracting Services
    Association, dba American Labor Alliance

Dated: August 5, 2024,    By:    /s/ Michael G. Tierney
    MICHAEL G. TIERNEY,
    Assistant United States Attorney

### ORDER

IT IS SO ORDERED that the status conference currently set for August 14, 2024, be continued to **September 11, 2024 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time shall be excluded from August 14, 2024, to September 11, 2024, under the Speedy Trial Act for defense preparation and continuity of counsel. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial. IT IS SO ORDERED.

Dated:   **August 7, 2024**          /s/ Barbara A. McAuliffe
    UNITED STATES MAGISTRATE JUDGE