ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:      (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
MARCUS ASAY,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.:  1:22-CR-00162-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATON AND ORDER TO CONTINUE STATUS CONFERENCE OF SEPTEMBER 11, 2024** |
| MARCUS ASAY, | |
| Defendant. | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES

ATTORNEY:

The defendant, Marcus Asay, by and through his counsel, Anthony P. Capozzi, and the

Plaintiff, United States of America through the Assistant United States Attorney, Michael G.

Tierney, hereby stipulate that the status conference set for September 11, 2024, be continued to

December 11, 2024, at 1:00 p.m., since the defense counsel. Anthony P. Capozzi has been

involved in continuous jury trials since April 25, 2024, in United States v. Agricultural

Contracting Services Association, dba American Labor Alliance, Marcus Asay, and Antonio

Gastelum, Case No. 1:19CR-00003-DAD-BAM, People v. Joe Gomez, Case No. F21903570,

and People v. Jagtar Singh, Case No. F23903919, all which concluded on August 14, 2024, as a result, attorney for Marcus Asay has not been able to review the discovery nor prepare for a jury trial.

The parties further stipulate that time be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

Dated: September 5, 2024,          BY:     */s/ Anthony P. Capozzi*
                                           ANTHONY P. CAPOZZI, Attorney for
                                           Marcus Asay


Dated: September 5, 2024,          By:     */s/ Michael G. Tierney*
                                           MICHAEL G. TIERNEY,
                                           Assistant United States Attorney


**<u>ORDER</u>**

The stipulation for a continuance is DENIED.  The parties shall be prepared to pick a trial date and may pick a date which allows time for defendant to review discovery.


IT IS SO ORDERED.

Dated:   **September 5, 2024**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE