ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
MARCUS ASAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:22-CR-00162-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE OF AUGUST 27, 2025** |
| MARCUS ASAY | |
| Defendant. | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

The defendant, Marcus Asay, by and through his counsel, Anthony P. Capozzi and the Plaintiff, United States of America through the Assistant United States Attorney, Michael G. Tierney, hereby stipulate that the status conference set for August 27, 2025, be continued to September 10, 2025 at 1:00 p.m., since the defense counsel, Anthony P. Capozzi needs additional time to contact Mr. Asay regarding the trial date of October 28, 2025 for preparation and possible preparation of transport orders who is presently serving a 60 month sentence at the United States Bureau of Prisons in Springfield, Missouri.

The parties further stipulate that time be excluded under the Speedy Trial Act for defense preparation and continuity of counsel.

DATED:  August 20, 2025           By: /s/ *Anthony P. Capozzi*
                                  ANTHONY P. CAPOZZI, Attorney for
                                  MARCUS ASAY


Dated: August 20, 2025,            ERIC GRANT
                                   United States Attorney

                                   By: */s/ Michael G. Tierney*
                                   MICHAEL G. TIERNEY
                                   Assistant United States Attorney

## ORDER

The status conference currently set for August 27, 2025, is continued to **September 10, 2025 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The trial confirmation of September 22, 2025 and jury trial of October 28, 2025 shall remain as set. Time was previously excluded through October 28, 2025. The parties shall meet and confer and file a joint status report, not later than September 8, 2025, informing the Court of (1) whether the parties anticipate they will be ready to proceed to trial as scheduled; (2) what kind of motions and the number of motions each party anticipates will need to be resolved in advance of trial (e.g., in limine, motion to dismiss, suppression, other motions), (3) a proposed briefing schedule for resolution of the motions in advance of trial, and (4) any other information to aid the Court in keeping the trial date currently scheduled.

IT IS SO ORDERED.

Dated:  **August 21, 2025**           /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE