ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCUS ASAY, <br><br> Defendant. | Case No. 1:22-cr-00162-DAD <br><br> STIPULATION TO SCHEDULE STATUS CONFERENCE; ORDER |

The parties have filed a plea agreement to resolve this case. Mr. Asay, however, is currently incarcerated at a BOP facility outside California and is experiencing medical issues that require him to be hospitalized. He is then currently unable to meet with his defense counsel to prepare for his guilty plea and subsequent sentencing or to travel to this district for those proceedings.

Therefore, the parties agree to schedule a status conference with the Honorable Dale A. Drozd at the Fresno Federal Courthouse on December 15, 2025, to discuss Mr. Asay's prognosis and next steps. The parties also agree that time under the Speedy Trial Act shall be excluded from November 17, 2025, through December 15, 2025, because Mr. Asay is unavailable and for

purposes of defense preparation pursuant to 18 U.S.C. § 3161((h)(3)(A) and (h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  November 17, 2025         */s/ Anthony Capozzi*
                                  Anthony Capozzi
                                  Counsel for March Asay


Dated:  November 17, 2025         */s/ Joseph Barton*
                                  Joseph Barton
                                  Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00162-DAD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARCUS ASAY, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, a status conference is scheduled for December 15, 2025, before the Honorable Dale A. Drozd at the Fresno Federal Courthouse. Time under the Speedy Trial Act shall be excluded from November 17, 2025, through December 15, 2025, because the defendant is unavailable and for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(3)(A) and (h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **November 17, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE