ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00162-DAD-EPG |
| Plaintiff, | MOTION TO DISMISS INDICTMENT; ORDER |
| v. | |
| MARCUS ASAY, | |
| Defendant. | |

The government has received confirmation from the BOP that the defendant, Marcus Asay, passed away while he was in their custody.  Accordingly, the government moves to dismiss the indictment in this case without prejudice.  The government also requests that all hearing dates, including the status conference that is scheduled for February 9, 2026, be vacated.

Dated:  February 6, 2025

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00162-DAD-EPG |
| Plaintiff, | ORDER TO DISMISS INDICTMENT |
| v. | |
| MARCUS ASAY, | |
| Defendant. | |

Upon the government's motion, and for good cause shown, the indictment in this case is dismissed without prejudice, and all hearing dates are vacated.

IT IS SO ORDERED.

Dated:  **February 6, 2026**       _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE